IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES W. WHIPPLE,

    Plaintiff,

v.

STATE PATROL, et al.

    Defendants.

ORDER

Case No. 15-cv-557

Plaintiff Charles W. Whipple has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Charles W. Whipple's petition for leave for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may

be granted or seeks monetary relief against a defendant who is immune from such relief.

Once the screening process is complete, a separate order will issue.

Entered this 4th day of September, 2015.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge