IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES W. WHIPPLE,

     Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                        15-cv-557-wmc

STATE PATROL and
WIS. MOTOR VEHICLE,

     Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                         10/29/2015

Peter Oppeneer, Clerk of Court                      Date